■ In the Matter of the Accounting of SEYMOUR J. BERNSTEIN, as Surviving Executor of DAVID ZUCKERMAN, Deceased, Respondent. FRANCIS E. DORN, as Special Guardian for PETER WEINBERGER, and Others, Appellant; RUTH WEINBERGER et al., Respondents.— Appeal by the special guardian for infant remaindermen from a decree of the Surrogate's Court, Kings County, which *inter alia,* construed the testator's will and adjudged (1) that taxes were properly paid out of and charged to the residuary estate, and (2) that the primary life beneficiary had power to invade the principal of a trust. Decree unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [3 Misc 2d 671.]

■ FRANK A. LETTIERI, Appellant, v. HICKORY CLOTHING CORP., Respondent.— In an action to recover damages for personal injuries, the appeal is from a judgment dismissing the amended complaint entered on a jury verdict. Appellant was injured as a result of respondent's alleged negligence in obstructing a common hallway with a handtruck. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ OCEANUS BEVERAGES, INC., Appellant, v. VAN MUNCHING & CO., INC., et al., Respondents.— In an action pursuant to section 340 of the General Business Law for an injunction and other relief, the appeal is from an order granting respondents' motions to dismiss the amended complaint for failure to state facts sufficient to constitute a cause of action. Order unanimously affirmed, with $10 costs and disbursements. Discontinuance of business relationships and elimination of competition are not actionable unless the elimination is complete, or unless there is other injury to the public, or ruination of a competitor's business. (*Locker* v. *American Tobacco Co.,* 121 App. Div. 443, affd. 195 N. Y. 565; cf. *Peekskill Theatre* v. *Advance Theat. Co.,* 206 App. Div. 138; cf. *Alexander's Dept. Stores* v. *Ohrbach's,* 266 App. Div. 535, appeal dismissed 291 N. Y. 707.) Present — Beldock, Aacting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.